GLOBE REFINING Co. *v.* FORT GAINES OIL AND GUANO Co.

SIMMONS, C. J. 1. Where A and B entered into a contract whereby B agreed to deliver to A, at a specified time, a certain quantity of oil, and thereafter B sought an extension of time, but the parties did not agree upon the terms of the desired extension so as to make it binding upon both, and B still failed to deliver the oil, and A sued him for damages for not complying with the terms of the contract as the same would have been had the extension been actually agreed upon, A could not recover.

2. Alleged errors in the admission of evidence as to the amount of damages will not be considered in a case in which no damages at all can be recovered.

*Judgment affirmed. All the Justices concurring.*

Argued November 12, — Decided November 29, 1900.

Action on contract. Before Judge Sheffield. Clay superior court. March term, 1900.

*W. A. Scott* and *W. C. Worrill*, for plaintiff.
*J. D. Rambo* and *A. G. Powell*, for defendant.